IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHAEL HONTZ                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO.: 1:09CV72-SA-JAD

CITY OF AMORY, MISSISSIPPI                                                            DEFENDANT

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued today, it is hereby ORDERED that:

(1)     the Defendant's Motion for Summary Judgment [27] is GRANTED; and

(2)     this case is CLOSED.

SO ORDERED, this the 16th day of June, 2010.

                                                                /s/ Sharion Aycock
                                                                **U.S. DISTRICT JUDGE**